UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

v.

MARELLE DYE,

      Defendant.
_____/

Case No. 18-cr-20828
Hon. Matthew F. Leitman

## ORDER GRANTING IN PART AND DENYING IN PART DEFENDANT'S MOTION FOR DISCLOSURE (ECF No. 26)

Defendant Marelle Dye is federal prisoner who is currently incarcerated at FCI Oxford in Oxford, Wisconsin. Dye how now filed a motion with the Court titled "Motion for Disclosure." (*See* Mot., ECF No. 26.) In that motion, Dye asks the Court to provide him copies of certain documents from this action. More specifically, Dye asks the Court to provide him:

- The Complaint;
- Indictment;
- Docket Sheet;
- Plea Agreement; and
- Sentencing Transcript

1

The Court has reviewed Dye's motion, and it **GRANTS** the motion in part and **DENIES** the motion in part. The Court will provide Dye copies of the Complaint, Indictment, docket sheet, and plea agreement. However, no sentencing transcript was prepared in this case, so the Court will not provide that requested document to Dye.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: December 7, 2020

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on December 7, 2020, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9761