UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,                        Case No. 18-cr-20828
                                          Hon. Matthew F. Leitman

v.

MARELLE DYE,

       Defendant.

_____/

**ORDER TO SUPPLEMENT MOTION
FOR COMPASSIONATE RELEASE (ECF No. 31)**

Defendant Marelle Dye is federal prisoner who is currently incarcerated at FCI Oxford in Oxford, Wisconsin.  On May 13, 2021, Dye sent a letter to this Court in which he asked for a reduction in his sentence due to the COVID-19 pandemic and his health conditions. (ECF No. 31.)  The Court will construe Dye's letter as a motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A).

In order to evaluate Dye's request and to determine the proper next steps in connection with that request, the Court needs additional information.  Accordingly, the Court **DIRECTS** Dye to answer the following questions in writing:

    1.  Has Dye has been offered a COVID-19 vaccine?

    2.  If Dye has been offered a COVID-19 vaccine, which one (i.e., Pfizer, Moderna, or Johnson & Johnson) was he offered and when?

3. If Dye has been offered the vaccine, did Dye accept? If so, how many doses has he been given and when were those doses administered?

4. If Dye declined the vaccine, why did he do so?

Dye shall answer these questions in a written submission to the Court by not later than **July 15, 2021**.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  May 25, 2021

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on May 25, 2021, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9761

2