UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

Case No. 18-cr-20828
Hon. Matthew F. Leitman

v.

MARELLE DYE,

    Defendant.
_____/

**ORDER DENYING DEFENDANT'S MOTION FOR
FOR COMPASSIONATE RELEASE WITHOUT PREJUDICE (ECF No. 31)**

    Defendant Marelle Dye is federal prisoner who is currently incarcerated at FCI Oxford in Oxford, Wisconsin. On May 13, 2021, Dye sent a letter to this Court in which he asked for a reduction in his sentence due to the COVID-19 pandemic and his underlying health conditions. (*See* Ltr., ECF No. 31.) The Court construed Dye's letter as a motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A). (*See* Order, ECF No. 32.)

    On May 25, 2021, the Court informed Dye that "[i]n order to evaluate [his] request" for compassionate release, it required additional information from him regarding his COVID-19 vaccination status. (*Id.*, PageID.160-161.) It instructed Dye to provide the Court the information it requested by no later than July 15, 2021. (*See id.*, PageID.161.)

Dye has not responded to the Court's May 25 order.  Nor has he contacted the Court asking for additional time to respond to the order.  And without information regarding Dye's vaccination status and whether a vaccine has been offered to Dye, the Court cannot properly evaluate his request for compassionate release.

Accordingly, due to Dye's failure to comply with the Court's May 25 order, and his failure to provide the Court information on his vaccination status, Dye's motion for compassionate release (ECF No. 31) is **DENIED WITHOUT PREJUDICE**.

    **IT IS SO ORDERED**.

    s/Matthew F. Leitman
    MATTHEW F. LEITMAN
    UNITED STATES DISTRICT JUDGE

Dated:  November 8, 2021

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on November 8, 2021, by electronic means and/or ordinary mail.

    s/Holly A. Monda
    Case Manager
    (810) 341-9761